# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **ROB PENDERS,** § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 1:22-CV-00178-DAE |
| § | |
| **SAINT EDWARD'S UNIVERSITY, INC.** § | |
| *Defendant.* § | |

## JOINT ADVISORY REGARDING SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DAVID A. EZRA:

Plaintiff Rob Penders ("Plaintiff") and Defendant St. Edward's University, Inc., ("Defendant") file this Joint Advisory Regarding Settlement.

1. The parties to the above captioned lawsuit have reached a settlement of all claims against Defendant St. Edward's University, Inc., that have been asserted in this matter.

2. The parties anticipate filing a stipulation of dismissal within thirty (30) days.

3. Based upon the settlement reached, the parties request that all pending scheduling order deadlines, the pre-trial setting, and jury trial setting be vacated.

Respectfully submitted,

**DESHAZO & NESBITT, L.L.P.**
809 West Avenue
Austin, Texas 78701
512.617.5562 (telephone)
512.617.5563 (telecopier)
tnesbitt@dnaustin.com
wpalmer@dnaustin.com

By: */s/ Thomas A. Nesbitt*
  THOMAS A. NESBITT
  State Bar No. 24007738
  WILLIAM T. PALMER
  State Bar No. 24121765

*Attorneys for Plaintiff Rob Penders*

**MCGINNIS LOCHRIDGE LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (facsimile)
mshaunessy@mcginnislaw.com
mkabat@mcginnislaw.com
idavis@mcginnislaw.com

By: */s/ Michael Shaunessy*
  MICHAEL SHAUNESSY
  State Bar No. 18134550
  MICHAEL KABAT
  State Bar No. 24050847
  IAN M. DAVIS
  State Bar No. 24120793

*Attorneys for Defendant St. Edward's University, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify, by my signature below that, on the 20th day of June, 2024, I electronically the foregoing document with the Clerk of the Court using the CM/ECF system and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing to the following parties:

Thomas A. Nesbitt
DESHAZO & NESBITT L.L.P.
809 West Avenue
Austin, Texas 78701
tnesbitt@dnaustin.com
*Attorney for Plaintiff Rob Penders*

                                        */s/ Michael Shaunessy*
                                        MICHAEL SHAUNESSY