## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| ROB PENDERS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 1:22-CV-00178-DAE |
| § | |
| SAINT EDWARD'S UNIVERSITY, INC. § | |
| *Defendant*. § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE DAVID A. EZRA:

Plaintiff Rob Penders ("Plaintiff") and Defendant St. Edward's University, Inc. ("Defendant"), file this Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

1. Plaintiff is Rob Penders. Defendant is St. Edward's University, Inc.

2. Plaintiff filed this case in the United States Western District of Texas, Austin Division, on February 28, 2022.

3. No counterclaims were filed in this case.

4. Plaintiff seeks to dismiss all of his claims against Defendant with prejudice.

5. Defendant agrees to the dismissal with prejudice of Plaintiff's claims against it.

6. This case is not a class action.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

Respectfully submitted,

**DeShazo & Nesbitt, L.L.P.**
809 West Avenue
Austin, Texas 78701
512.617.5562 (telephone)
512.617.5563 (telecopier)
tnesbitt@dnaustin.com
wpalmer@dnaustin.com

By:   */s/ Thomas A. Nesbitt*
     Thomas A. Nesbitt
     State Bar No. 24007738
     William T. Palmer
     State Bar No. 24121765

*Attorneys for Plaintiff Rob Penders*

**McGinnis Lochridge LLP**
1111 West Sixth Street, Building B, Suite 400
Austin, Texas 78703
512.495.6000 (telephone)
512.495.6093 (facsimile)
mshaunessy@mcginnislaw.com
mkabat@mcginnislaw.com
idavis@mcginnislaw.com

By:   */s/ Michael Shaunessy*
     Michael Shaunessy
     State Bar No. 18134550
     Michael Kabat
     State Bar No. 24050847
     Ian M. Davis
     State Bar No. 24120793

*Attorneys for Defendant St. Edward's University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify, by my signature below that, on the 18th day of July, 2024, I electronically the foregoing document with the Clerk of the Court using the CM/ECF system and that the CM/ECF system will provide service of such filing via Notice of Electronic Filing to the following parties:

Thomas A. Nesbitt
DESHAZO & NESBITT L.L.P.
809 West Avenue
Austin, Texas 78701
tnesbitt@dnaustin.com
***Attorney for Plaintiff Rob Penders***

*/s/ Michael Shaunessy*
MICHAEL SHAUNESSY