**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **ROB PENDERS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CASE NO. 1:22-CV-00178-DAE** |
| | § | |
| **SAINT EDWARD'S UNIVERSITY, INC.** | § | |
| *Defendant*. | § | |

<u>**ORDER OF DISMISSAL WITH PREJUDICE**</u>

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. After careful consideration of the Stipulation, the Court is of the opinion that Plaintiff's claims against Defendant should be dismissed.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that all of Plaintiff Rob Penders' claims against Defendant St. Edward's University, Inc., are hereby DISMISSED with prejudice.

SIGNED this ___ day of _____, 2024.

_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE