IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROB PENDERS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 1:22-CV-00178-DAE** |
| | § | |
| **SAINT EDWARD'S UNIVERSITY, INC.** | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. After careful consideration of the Stipulation, the Court is of the opinion that Plaintiff's claims against Defendant should be dismissed.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that all of Plaintiff Rob Penders' claims against Defendant St. Edward's University, Inc., are hereby DISMISSED with prejudice. The Clerk's Office is INSTRUCTED to CLOSE CASE.

SIGNED this 22nd day of July, 2024.

DAVID A. EZRA
UNITED STATES DISTRICT JUDGE